IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACY JORDAN,

    Petitioner,

v.

SUPERINTENDENT MCGINLEY, et al,

    Respondents.

CIVIL ACTION
NO. 16-2784

## ORDER

**AND NOW**, this 7th day of June, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the objections filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for writ of habeas corpus is **DENIED**; and
3. There is no probable cause to issue a certificate of appealability.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        Jeffrey L. Schmehl, J.